UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

GILBERT ALVAREZ

                              Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Mag 1436

Defendant ____GILBERT ALVAREZ_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_GILBERT ALAVAREZ_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_RICHARD D. WILLSTATTER____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_FEB. 8, 2021_____
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge