# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 3/16/2021
```

United States District Court
Southern District of New York
----------------------------------------------------------X
United States of America,

                Plaintiff             **SCHEDULING ORDER**

    -against-

                                                        7:21-mj-1436

Gilbert Alvarez
                Defendant
----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Arraignment on an Information hearing for 3/17/2021 at 11:00 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: March 16, 2021
       White Plains, New York

                                          SO ORDERED:

                                          s/       PED

                                          PAUL E. DAVISON
                                          United States Magistrate Judge